IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| GARY and SHERILL ELLIS,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GMAC MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS),<br><br>                    Defendants. | NO. 10-6319-TC<br><br>NOTICE OF APPEARANCE |

**TO:**         **Clerk of the Court**

**AND TO:**    **Gary and Sherrill Ellis, Plaintiffs**

**PLEASE TAKE NOTICE** that David A. Weibel, of Bishop, White, Marshall & Weibel, P.S., hereby appears in the above-entitled action as attorney for Defendants, GMAC Mortgage, Inc., and Mortgage Electronic Registration System (MERS) without waiving the questions of:

1.   Lack of Jurisdiction over the Subject Matter;
2.   Lack of Jurisdiction over the Person;
3.   Improper Venue;
4.   Insufficiency of Process;
5.   Insufficiency of Service of Process;
6.   Failure to State a Claim upon which Relief may be Granted; and
7.   Failure to Join a Party under CR 19.

NOTICE OF APPEARANCE - 1                               BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                                                        720 Olive Way, Suite 1301
                                                        Seattle, WA 98101
                                                        206/622-5306  Fax 206/622-0354

1    **PLEASE ALSO TAKE NOTICE** that all further papers and pleadings directed to Defendants, GMAC Mortgage, Inc. and Mortgage Electronic Registration System (MERS) except original process, should be served upon the undersigned at the address shown below.

**DATED** this 25th day of October, 2010.

                 BISHOP, WHITE, MARSHALL
                   & WEIBEL, P.S.


                 /s/ David A. Weibel
                 David A. Weibel, OSB #082316
                 Attorney for Defendants

## DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that, on the 25th day of October, 2010, I caused to be delivered to the following addressees a copy of the foregoing Notice of Appearance in the manner indicated:

*Via U.S. Mail*
Gary & Sherill Ellis
87869 Bills Creek Road
Bandon, OR 97411

DATED this 25th day of October, 2010, at Seattle, Washington.

                 /s/ Ana I. Todakonzie
                 Ana I. Todakonzie

NOTICE OF APPEARANCE - 2          BISHOP, WHITE, MARSHALL & WEIBEL, P.S.
                                                                   720 Olive Way, Suite 1301
                                                                           Seattle, WA 98101
                                                               206/622-5306  Fax 206/622-0354