FILED'11 JAN 13 12:48 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GARY and SHERRILL ELLIS,

        Plaintiffs,

   vs.

GMAC MORTGAGE, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS),

        Defendants.

O R D E R
Civ. No. 10-6319-TC

AIKEN, Chief Judge:

    Plaintiffs' Motion for Preliminary Injunction (doc. 3) is granted. Plaintiffs, appearing pro se in this matter, filed a lawsuit against defendants to stop them from proceeding with foreclosure of a mortgage plaintiffs secured to refinance their real property (their home). Plaintiffs here have demonstrated that they are likely to suffer irreparable harm in the absence of

1 - ORDER

preliminary relief; that the balance of equities tip in their favor; and that an injunction is in the public interest. <u>Winter v. Natural Res. Def. Council, Inc.</u>, 555 U.S. 7 (2008). This injunction simply preserves the status quo until the court can rule on the pending dispositive motions.

IT IS SO ORDERED.

Dated this 13th day of January 2011.

_____
Ann Aiken
United States District Judge

2 - ORDER