FILED 08 JUL '11 14:04 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

GARY and SHERRILL ELLIS,

          Plaintiffs,

   v.

GMAC MORTGAGE, INC. and MORTGAGE
ELECTRONIC REGISTRATION SYSTEMS,

          Defendants.

Civil No. 10-6319-TC

O R D E R

    Magistrate Judge Coffin filed his Findings and Recommendation on June 6, 2011.

The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No

objections have been timely filed. This relieves me of my obligation to give the factual

findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir.

1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

Having reviewed the legal principles de novo, I find no error.

    THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and

Recommendation.

    Dated this ___8___ day of July, 2011.

             _____
             Ann Aiken, United States District Judge

Order -- Page 1