IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| GARY ELLIS; SHERRILL ELLIS,<br><br>                    Plaintiffs,<br><br>        v.<br><br>GMAC MORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS),<br><br>                    Defendants. | 10-cv-06319-TC<br><br>JUDGMENT |

This action is dismissed.

DATED this 11th day of July 2011.


                                        Mary L. Moran, Clerk of Court

                                        by: s/ Paul Bruch
                                            Paul Bruch, Deputy Clerk